Christopher P. Burke, Esq.
State Bar No.: 004093
702 Plumas Street                           Electronically filed: 3/15/19
Reno, Nevada 89509
(775)333-9277

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:                              )
                                    )
BRIAN DAVID CHRIST                  )    BK-19-50236-BTB
KATIE LEE CHRIST                    )    Chapter 13
                                    )
         Debtor(s)                  )    Trustee: Kathleen A. Leavitt

## AMENDMENT COVER SHEET
**Amendment(s) to the following are transmitted herewith.  Check all that apply.**

( )     Petition (must be signed by debtor *and* attorney for debtor per Fed. R. Bankr. P. 9011)
( )     Form 2010 - Notice Required by 11 U.S.C. §342(b) for individual filing for bankruptcy
(X)     Official Form 106Sum - Summary of Schedules
(X)     Schedule A - Real Property
(X)     Schedule B - Personal Property
(X)     Schedule C - Property Claimed as Exempt
(X)     Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
        (X) Add/Delete creditor(s), change amount or classification of debt- **$30 fee required**
        ( ) Add/Change address of already listed creditor, add name/address of attorney for already
        listed creditor, amend petition, attach new petition on converted case, supply missing
        document(s)- **no fee**
        * Must provide diskette and comply with Local Rule 1007 if add/delete creditor or add/change address of
        already listed creditor
(X)     Schedule G - Schedule of Executory Contracts & Expired Leases
(X)     Schedule H - Codebtors
(X)     Schedule I - Current Income of Individual Debtor(s)
(X)     Schedule J - Current Expenditures of Individual Debtor(s)
(X)     Declaration Concerning Debtor's Schedules - Form106Dec
(X)     Official form 107 - Statement of Financial Affairs
(X)     Attorney Compensation Disclosure Statement (Form 2030)
(X)     Official Form 122C-1
(X)     Verification of Creditor Matrix
(X)     Declaration Re: Electronic Filing

## Declaration of Debtor
**I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.**

**/s/ Brian David Christ**              **/s/ Katie Lee Christ**
**Debtor's signature**                  **Joint Debtor's Signature**

**Date: 3/15/19**                       **Date: 3/15/19**