_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
November 19, 2019

KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
711 South 4th Street, Suite 101
Las Vegas, Nevada 89101
Telephone: (702) 853-0700
E-mail: kal13mail@las13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re: | ) | BK – 19-50236-btb |
|---|---|---|
|  | ) | Chapter 13 |
| BRIAN DAVID CHRIST and | ) |  |
| KATIE LEE CHRIST, | ) |  |
|  | ) | Confirmation Hearing: |
| Debtor(s). | ) | Date: November 12, 2019 |
|  | ) | Time: 11:00 a.m. |

### ORDER RE: CONFIRMATION OF DEBTOR(S) PROPOSED CHAPTER 13 PLAN #1

The hearing regarding confirmation of the Debtor(s)' proposed Chapter 13 Plan #1 was held on the date and time above-captioned; notice of said hearing was properly given and the Trustee having filed an Opposition thereto; counsel for the Trustee being present and the Debtors being present and represented by Christopher P. Burke, Esq.; now, therefore,

**IT IS HEREBY ORDERED** that the confirmation hearing on the Debtor(s) proposed Chapter 13 Plan #1 is continued to **January 29, 2020 at 3:00 p.m.**

1

**IT IS FURTHER ORDERED** that:

1. The Court has suspended a determination as to Debtors' compliance with the Conditional Order.

2. The Debtors must provide monthly status reports to the Trustee by the 15th of each month to provide updates on matters including but not limited to: resolution of the family court matter, whether any bonuses are received and in what amount, and the status of the refinancing of the property.

3. If the Trustee requests any information from the Debtors, they must provide a written response to the Trustee within five (5) business days of receipt of the request.

Submitted by:

/s/ Sarah E. Smith
SARAH E. SMITH, ESQ.
Nevada Bar No. 10762
711 South 4th Street, Suite 101
Las Vegas, Nevada  89101
Attorney for Kathleen A. Leavitt,
Chapter 13 Bankruptcy Trustee

Dated:      11/15/2019

**LR 9021 CERTIFICATION**:

In accordance with LR 9021, counsel submitting this document certifies as follows:

_____ The court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disproved the order, or failed to respond, as indicated below:

. . .

. . .

2

|  | Approved: | X |
|---|---|---|
|  | Disapproved: | |
|  | Failed to Respond: | |

/s/ Christopher P. Burke
CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No. 004093
702 Plumas Street
Reno, Nevada  89509
Attorney for the Debtors Brian David Christ
and Katie Lee Christ
Dated:            11/18/2019

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

3

###