KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
711 S 4th Street, Suite 101
Las Vegas, NV 89101
(702) 853-0700
kal13mail@las13.com

E-FILED: 2/28/20

**UNITED STATES BANKRUPTCY COURT**
**NEVADA DIVISION**

IN RE:
**BRIAN DAVID CHRIST**
**KATIE LEE CHRIST**

        **Debtors**

CASE NO: BKS-19-50236-BTB

**CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS OF FILED CLAIMS, CLASSIFICATION, AND PROPOSED DISTRIBUTION**

TO DEBTOR(S), ALL CREDITORS AND PARTIES IN INTEREST:

    YOU WILL PLEASE TAKE NOTICE that Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee, has reviewed the Clerk of the U.S. Bankruptcy Court, District of Nevada, Claims Register and each individual Proof of Claim filed in the above entitled case after the 90 day Bar Date. Government claims will be reviewed after the 180 day bar date and notice will be sent if applicable.

    YOU WILL PLEASE TAKE FURTHER NOTICE that the above named Debtor(s), each creditor and all other parties in interest must verify that their respective claim(s) filed with the Clerk contains the same information AS SET FORTH BELOW to include but not limited to: (1)the creditor's claim was filed or not filed; (2)the creditor's address to receive payments is accurate; (3)the claim amount is accurate; (4)the creditor's claim is scheduled as either "timely filed", "late filed" or "not filed"; (5)that the classification of the creditor's claim as either "secured", "priority", "unsecured", "direct pay by debtor", "surrendered", "no plan provision", or such other applicable classification, is accurate; (6)and that the treatment and payment on each creditor's claim including, if appropriate, the payment of and rate of interest), is accurate in accordance with Order(s) Confirming Chapter 13 Plan.

    YOU WILL PLEASE TAKE FURTHER NOTICE that Conduit claims by Trustee will be paid pursuant to the confirmed Chapter 13 plan and, as such, the claim information will not be listed below.

    YOU WILL PLEASE TAKE FURTHER NOTICE that if the creditor's claim, as filed with the Clerk of the

Bankruptcy Court, is not accurate for any reason, including the reasons set forth above; then you must timely file a written objection to the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution on or before March 29, 2020. The written objection must be filed **or e-filed** with the Clerk of the U.S. Bankruptcy Court, 300 Las Vegas Blvd. South, Fourth Floor, Las Vegas, Nevada 89101 and served, if applicable, upon any appropriate creditor(s), the debtor(s), debtor's attorney and the Chapter 13 Bankruptcy Trustee whose mailing address is set forth above, along with the date, time, and place of the hearing on the objection.

YOU WILL PLEASE TAKE FURTHER NOTICE that in the absence of a written objection, the Debtor(s), creditors and parties in interest listed below shall be deemed to have approved the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution. No further Order of the Court will be entered in the absence of any objection to this notice.

YOU WILL PLEASE TAKE FURTHER NOTICE that funds provided to be paid to a creditor through the Chapter 13 Plan but for which no Proof of Claim has been filed will be forwarded to the Clerk of U. S. Bankruptcy Court, District of Nevada, as unclaimed funds.

NOTICE IS HEREBY GIVEN that the following list below is a recapitulated itemization of all proofs of claim filed and not filed, classification of claims, and proposed distribution.  This plan proposes that the Debtor pay a Base Amount (a specific dollar amount) to the Plan.  The exact percentage of distribution to unsecured non-priority claims will depend upon available funds and all claims filed and allowed in this case.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **PRA RECEIVABLES MANAGEMENT, LLC**<br>PO BOX 41021<br>NORFOLK, VA  23541 | $0.00<br>AT 0.00% INT | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID | |
| | **TRUSTEE CLAIM# 00002 / COURT CLAIM #** | | |
| **UNITED STATES BANKRUPTCY COURT**<br>300 BOOTH STREET<br>RENO, NV  89509 | $0.00<br>AT 0.00% INT | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID | |
| | **TRUSTEE CLAIM# 00003 / COURT CLAIM #** | | |
| **AMCOL SYSTEMS**<br>ATTN:MANAGING AGENT<br>P.O.BOX 21625<br>COLUMBIA, SC  29221 | $0.00<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID | XXXXXXXXUNTS |
| | **TRUSTEE CLAIM# 00007 / COURT CLAIM #** | | |
| **ASSOCIATED ANESTHESIOLOGY**<br>ATTN:MANAGING AGENT<br>P. O. BOX 88087<br>CHICAGO, IL  60680-1087 | $0.00<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID | 5780 |
| | **TRUSTEE CLAIM# 00008 / COURT CLAIM #** | | |
| **BANK OF AMERICA**<br>ATTN:MANAGING AGENT<br>P.O.BOX 26012<br>GREENSBORO, NC  27410 | $0.00<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID | 5218 |
| | **TRUSTEE CLAIM# 00009 / COURT CLAIM #** | | |
| **BANK OF THE WEST**<br>PO BOX 2634<br>OMAHA, NE  68103 | $36,067.61<br>AT 4.30% INT<br>FROM 3/1/20 | SECURED-VEHICLE<br><br>EXACTLY 100.00% TO BE PAID | 4764 |
| | **TRUSTEE CLAIM# 00010 / COURT CLAIM # 2** | | |
| **BANK OF THE WEST**<br>ATTN:MANAGING AGENT<br>2527 CAMINO RAMON<br>SAN RAMON, CA  94583 | $0.00<br>AT 0.00% INT | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID | |
| | **TRUSTEE CLAIM# 00011 / COURT CLAIM #** | | |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>BARCLAYS BANK DELAWARE (DIAMOND RESORTS INT)<br>PO BOX 12914 | $14,433.12<br>AT 0.00% INT | UNSECURED<br><br>APPROXIMATELY  100.00% TO BE PAID | 5073 |
| | **TRUSTEE CLAIM# 00012 / COURT CLAIM # 21** | | |
| **BIG PICTURE LOANS**<br>ATTN:MANAGING AGENT<br>P.O.BOX 704<br>WATERSMEET, MI  49969 | $0.00<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY  0.00% TO BE PAID | 9318 |
| | **TRUSTEE CLAIM# 00013 / COURT CLAIM #** | | |
| **BUSINESS & PROFESSIONAL COLLECTION SERVICE INC**<br>816 SOUTH CENTER STREET<br>RENO, NV  89501 | $2,195.28<br>AT 0.00% INT | UNSECURED<br><br>APPROXIMATELY  100.00% TO BE PAID | 4206 |
| | **TRUSTEE CLAIM# 00014 / COURT CLAIM # 17** | | |
| **BANK OF AMERICA NA**<br>PO BOX 15102<br>WILMINGTON, DE  19886-5102 | $13,038.59<br>AT 0.00% INT | UNSECURED<br><br>APPROXIMATELY  100.00% TO BE PAID | 5218 |
| | **TRUSTEE CLAIM# 00015 / COURT CLAIM # 6** | | |

| | BRIAN DAVID CHRIST AND KATIE LEE CHRIST | | | BKS-19-50236-BTB |
|---|---|---|---|---|
| | **NAME AND ADDRESS OF CREDITOR** | **AMOUNT** | **CLASSIFICATION** | |
| | **CASH 1**<br>725 E COVEY LANE<br>SUITE 170<br>PHOENIX, AZ 85024 | $855.96<br>AT 0.00% INT | UNSECURED<br>APPROXIMATELY 100.00% TO BE PAID<br>**TRUSTEE CLAIM# 00017 / COURT CLAIM # 13** | 3291 |
| | **CASH NET USA**<br>ATTN:MANAGING AGENT<br>200 WEST JACKSON<br>SUITE 1400<br>CHICAGO, IL 60606-6941 | $0.00<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID<br>**TRUSTEE CLAIM# 00018 / COURT CLAIM #** | XNITS |
| | **CASHCO-KESTONE**<br>ATTN:MANAGING AGENT<br>495-B KEYSTONE<br>RENO, NV 89503 | $0.00<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID<br>**TRUSTEE CLAIM# 00019 / COURT CLAIM #** | 2028 |
| | **CHECK CITY**<br>PO BOX 970028<br>OREM, UT 84097 | $865.00<br>AT 0.00% INT | UNSECURED<br>APPROXIMATELY 100.00% TO BE PAID<br>**TRUSTEE CLAIM# 00020 / COURT CLAIM # 15** | 3291 |
| | **CHECK INTO CASH**<br>ATTN:MANAGING AGENT<br>201 KEITH STREET SW.<br>SUITE 80<br>CLEVELAND, TN 37311 | $0.00<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID<br>**TRUSTEE CLAIM# 00021 / COURT CLAIM #** | XXXXXXXXUNTS |
| | **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>CITIBANK NA (THE HOME DEPOT CONSUMER)<br>PO BOX 12914 | $875.02<br>AT 0.00% INT | UNSECURED<br>APPROXIMATELY 100.00% TO BE PAID<br>**TRUSTEE CLAIM# 00022 / COURT CLAIM # 20** | 7963 |
| | **CREDIT ONE BANK**<br>ATTN: MANAGING AGENT<br>POB 60500<br>CITY OF INDUSTRY, CA 91716-0500 | $0.00<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID<br>**TRUSTEE CLAIM# 00024 / COURT CLAIM #** | 9505 |
| | **CREDIT ONE BANK**<br>ATTN:MANAGING AGENT<br>P.O.BOX 98873<br>Las Vegas, NV 89193 | $0.00<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID<br>**TRUSTEE CLAIM# 00026 / COURT CLAIM #** | 5954 |
| | **DIAMOND RESORT FS**<br>ATTN:MANAGING AGENT<br>10600 W. CHARLESTON BLVD.<br>LAS VEGAS, NV 89135 | $0.00<br>AT 0.00% INT | COLLATERAL SURRENDER<br>NOT FILED<br>**TRUSTEE CLAIM# 00027 / COURT CLAIM #** | 7303 |
| | **DISCOVER FINANCIAL**<br>ATTN:MANAGING AGENT<br>P.O.BOX 3025<br>NEW ALBANY, OH 43054 | $0.00<br>AT 0.00% INT | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID<br>**TRUSTEE CLAIM# 00028 / COURT CLAIM #** | 5361 |

| | BRIAN DAVID CHRIST AND KATIE LEE CHRIST | | | BKS-19-50236-BTB |
|---|---|---|---|---|
| | **NAME AND ADDRESS OF CREDITOR** | **AMOUNT** | **CLASSIFICATION** | |
| | **DOLLAR LOAN CENTER** | $850.78 | UNSECURED | 3291 |
| | 748 S MEADOWS PKWY STE A2 | AT 0.00% INT | | |
| | RENO, NV 89521 | | APPROXIMATELY 100.00% TO BE PAID | |
| | | **TRUSTEE CLAIM# 00029 / COURT CLAIM # 5** | | |
| | **DOLLAR LOAN CENTER** | $0.00 | UNSECURED | XXXXXXXXUNTS |
| | ATTN:MANAGING AGENT | AT 0.00% INT | NOT FILED | |
| | 748 SOUTH MEADOWS PARKWAY | | APPROXIMATELY 0.00% TO BE PAID | |
| | #A-2 | **TRUSTEE CLAIM# 00030 / COURT CLAIM #** | | |
| | RENO, NV 89521 | | | |
| | **FIRST PREMIER BANK** | $0.00 | UNSECURED | 9413 |
| | ATTN:MANAGING AGENT | AT 0.00% INT | NOT FILED | |
| | 601 S. MINNESOTA AVE | | APPROXIMATELY 0.00% TO BE PAID | |
| | Sioux Falls, SD 57104 | **TRUSTEE CLAIM# 00032 / COURT CLAIM #** | | |
| | **FMS INC.** | $0.00 | UNSECURED | 1266 |
| | ATTN:MANAGING AGENT | AT 0.00% INT | NOT FILED | |
| | P.O.BOX 707600 | | APPROXIMATELY 0.00% TO BE PAID | |
| | TULSA, OK 74170-7600 | **TRUSTEE CLAIM# 00033 / COURT CLAIM #** | | |
| | **FREEDOMROAD FINANCIAL** | $3,698.01 | SECURED-VEHICLE | 5091 |
| | C/O WAYFINDER BK LLC | AT 3.00% INT | | |
| | BIN 51571 | FROM 4/1/19 | EXACTLY 100.00% TO BE PAID | |
| | PO BOX 51571 | **TRUSTEE CLAIM# 00034 / COURT CLAIM # 11** | | |
| | LOS ANGELES, CA 90051-5871 | | | |
| | **FREEDOMROAD FINANCIAL** | $0.00 | UNSECURED | XXXXXXXXUNTS |
| | ATTN:MANAGING AGENT | AT 0.00% INT | NOT FILED | |
| | 10509 PROFESSIONAL CIRCLE STE 202 | | APPROXIMATELY 0.00% TO BE PAID | |
| | RENO, NV 89521 | **TRUSTEE CLAIM# 00036 / COURT CLAIM #** | | |
| | **GREATER NEVADA CREDIT UNION** | $0.00 | UNSECURED BY MATRIX | |
| | ATTN: MANAGING AGENT | AT 0.00% INT | NOT FILED | |
| | P.O. BOX 9013 | | APPROXIMATELY 0.00% TO BE PAID | |
| | ADDISON, TX 75001 | **TRUSTEE CLAIM# 00037 / COURT CLAIM #** | | |
| | **GREATER NEVADA CREDIT UNION** | $15,271.18 | RESIDENCE MORTG ARREARS PRE PETITION | 7805 |
| | 451 EAGLE STATION LANE | AT 0.00% INT | | |
| | CARSON CITY, NV 89701 | | EXACTLY 100.00% TO BE PAID | |
| | | **TRUSTEE CLAIM# 00038 / COURT CLAIM # 16** | | |
| | **GREATER NEVADA MORTGAGE** | $3,254.03 | RESIDENCE MORTG ARREARS PRE PETITION | 5677 |
| | PAYMENT PROCESSING CENTER | AT 0.00% INT | | |
| | PO BOX 79100 | | EXACTLY 100.00% TO BE PAID | |
| | PHOENIX, AZ 85062-9100 | **TRUSTEE CLAIM# 00039 / COURT CLAIM # 7** | | |
| | **GREEN VALLEY CASH** | $0.00 | UNSECURED | 6300 |
| | ATTN:MANAGING AGENT | AT 0.00% INT | NOT FILED | |
| | P.O.BOX 615 | | APPROXIMATELY 0.00% TO BE PAID | |
| | HAYS, MT 59527 | **TRUSTEE CLAIM# 00040 / COURT CLAIM #** | | |

| BRIAN DAVID CHRIST AND KATIE LEE CHRIST | | | BKS-19-50236-BTB |
|---|---|---|---|
| **NAME AND ADDRESS OF CREDITOR** | **AMOUNT** | **CLASSIFICATION** | |
| **HOSPITAL COLLECTION SV** <br> ATTN:MANAGING AGENT <br> 816 S. CENTER ST. <br> RENO, NV  89501 | $0.00 <br> AT 0.00% INT <br><br> **TRUSTEE CLAIM# 00041 / COURT CLAIM #** | UNSECURED <br> NOT FILED <br> APPROXIMATELY  0.00% TO BE PAID | 5203 |
| **UNITED STATES TREASURY** <br> SPECIAL PROCEDURES <br> P O BOX 7317 <br> PHILADELPHIA, PA  19101-7317 | $30,259.53 <br> AT 0.00% INT <br><br> **TRUSTEE CLAIM# 00045 / COURT CLAIM # 22** | IRS PRTY <br><br> EXACTLY 100.00% TO BE PAID | XXXXX2018 |
| **JAYMIE MITCHELL, ESQ,.** <br> ATTN: MANAGING AGENT <br> 506 HUMBOLDT ST., STE. 201 <br> RENO, NV  89509 | $0.00 <br> AT 0.00% INT <br><br> **TRUSTEE CLAIM# 00046 / COURT CLAIM #** | UNSECURED <br> NOT FILED <br> APPROXIMATELY  0.00% TO BE PAID | 3237 |
| **JEFFERSON CAPITAL SYSTEMS LLC** <br> PO BOX 772813 <br> CHICAGO, IL  60677-2813 | $520.76 <br> AT 0.00% INT <br><br> **TRUSTEE CLAIM# 00047 / COURT CLAIM # 8** | UNSECURED <br><br> APPROXIMATELY  100.00% TO BE PAID | 9413 |
| **KATHLEEN A. LEAVITT** <br> CHAPTER 13 TRUSTEE <br> 201 LAS VEGAS BLVD. SOUTH <br> #200 <br> LAS VEGAS, NV  89101 | $0.00 <br> AT 0.00% INT <br><br><br> **TRUSTEE CLAIM# 00048 / COURT CLAIM #** | UNSECURED BY MATRIX <br> NOT FILED <br> APPROXIMATELY  0.00% TO BE PAID | |
| **LVNV FUNDING LLC** <br> RESURGENT CAPITAL SERVICES <br> P O BOX 10587 <br> GREENVILLE, SC  29603 | $950.27 <br> AT 0.00% INT <br><br> **TRUSTEE CLAIM# 00049 / COURT CLAIM # 4** | UNSECURED <br><br> APPROXIMATELY  100.00% TO BE PAID | 9505 |
| **LVNV FUNDING LLC** <br> RESURGENT CAPITAL SERVICES <br> P O BOX 10587 <br> GREENVILLE, SC  29603 | $785.35 <br> AT 0.00% INT <br><br> **TRUSTEE CLAIM# 00050 / COURT CLAIM # 3** | UNSECURED <br><br> APPROXIMATELY  100.00% TO BE PAID | 5954 |
| **LVNV FUNDING, LLC** <br> RESURGENT CAPITAL SERVICES <br> PO BOX 10587 <br> GREENVILLE, SC  29603-0587 | $0.00 <br> AT 0.00% INT <br><br> **TRUSTEE CLAIM# 00051 / COURT CLAIM #** | UNSECURED BY MATRIX <br> NOT FILED <br> APPROXIMATELY  0.00% TO BE PAID | |
| **MIDLAND CREDIT MANAGEMENT INC** <br> **AS AGENT FOR** <br> MIDLAND FUNDING LLC <br> PO BOX 2011 <br> WARREN, MI  48090 | $6,213.95 <br> AT 0.00% INT <br><br> **TRUSTEE CLAIM# 00052 / COURT CLAIM # 9** | UNSECURED <br><br> APPROXIMATELY  100.00% TO BE PAID | 0928 |
| **MONEY TREE** <br> ATTN:MANAGING AGENT <br> 555 S. VIRGINIA ST. <br> RENO, NV  89501 | $0.00 <br> AT 0.00% INT <br><br> **TRUSTEE CLAIM# 00053 / COURT CLAIM #** | UNSECURED <br> NOT FILED <br> APPROXIMATELY  0.00% TO BE PAID | XXXXXXXXUNTS |

| | BRIAN DAVID CHRIST AND KATIE LEE CHRIST | | | BKS-19-50236-BTB |
|---|---|---|---|---|
| | **NAME AND ADDRESS OF CREDITOR** | **AMOUNT** | **CLASSIFICATION** | |
| | **MONEY TREE** <br> ATTN:MANAGING AGENT <br> P.O.BOX 58363 <br> Seattle, WA  98138 | $0.00 <br> AT 0.00% INT <br><br> **TRUSTEE CLAIM# 00054 / COURT CLAIM #** | UNSECURED <br> NOT FILED <br> APPROXIMATELY  0.00% TO BE PAID | 3291 |
| | **NEVADA ADVANCED PAIN SPECIALISTS** <br> ATTN:MANAGING AGENT <br> SUITE 101 <br> 9460 DOUBLE R BLVD. <br> RENO, NV  89521-4814 | $0.00 <br> AT 0.00% INT <br><br> **TRUSTEE CLAIM# 00056 / COURT CLAIM #** | UNSECURED <br> NOT FILED <br> APPROXIMATELY  0.00% TO BE PAID | 1882 |
| | **NEVADA DEPT. OF TAXATION** <br> BANKRUPTCY  DIVISION <br> 555 E. WASHINGTON, #1300 <br> LAS VEGAS, NV  89101 | $0.00 <br> AT 0.00% INT <br><br> **TRUSTEE CLAIM# 00057 / COURT CLAIM #** | UNSECURED BY MATRIX <br> NOT FILED <br> APPROXIMATELY  0.00% TO BE PAID | |
| | **NEVADA LABOR COMMISSION** <br> ATTN: MANAGING AGENT <br> 1818 COLLEGE PKWY STE 102 <br> CARSON CITY, NV  89706 | $0.00 <br> AT 0.00% INT <br><br> **TRUSTEE CLAIM# 00058 / COURT CLAIM #** | UNSECURED BY MATRIX <br> NOT FILED <br> APPROXIMATELY  0.00% TO BE PAID | |
| | **NORTHERN NEVADA EMERGENCY PHYS.** <br> ATTN:MANAGING AGENT <br> P.O.BOX 95728 <br> OKLAHOMA CITY, OK  73143-5728 | $0.00 <br> AT 0.00% INT <br><br> **TRUSTEE CLAIM# 00060 / COURT CLAIM #** | UNSECURED <br> NOT FILED <br> APPROXIMATELY  0.00% TO BE PAID | 5203 |
| | **PACIFIC MEDICAL, INC.** <br> ATTN:MANAGING AGENT <br> 1801 W OLYMPIC BLVD. <br> PASADENA, CA  91199-1616 | $0.00 <br> AT 0.00% INT <br><br> **TRUSTEE CLAIM# 00062 / COURT CLAIM #** | UNSECURED <br> NOT FILED <br> APPROXIMATELY  0.00% TO BE PAID | XXXXXXXXUNTS |
| | **RAPID CASH** <br> ATTN:MANAGING AGENT <br> P.O.BOX 101928 <br> BIRMINGHAM, AL  35210 | $0.00 <br> AT 0.00% INT <br><br> **TRUSTEE CLAIM# 00067 / COURT CLAIM #** | UNSECURED <br> NOT FILED <br> APPROXIMATELY  0.00% TO BE PAID | |
| | **REMSA/CARE FLIGHT** <br> ATTN:MANAGING AGENT <br> P.O.BOX 371863 <br> PITTSBURGH, PA  15250-7863 | $0.00 <br> AT 0.00% INT <br><br> **TRUSTEE CLAIM# 00069 / COURT CLAIM #** | UNSECURED <br> NOT FILED <br> APPROXIMATELY  0.00% TO BE PAID | 1254 |
| | **RENOWN HEALTH** <br> ATTN:MANAGING AGENT <br> P.O.BOX 30006 <br> RENO, NV  89520 | $0.00 <br> AT 0.00% INT <br><br> **TRUSTEE CLAIM# 00071 / COURT CLAIM #** | UNSECURED <br> NOT FILED <br> APPROXIMATELY  0.00% TO BE PAID | XNITS |
| | **SAMS CLUB** <br> ATTN: MANAGING AGENT <br> POB 530942 <br> ATLANTA, GA  30353-0942 | $0.00 <br> AT 0.00% INT <br><br> **TRUSTEE CLAIM# 00072 / COURT CLAIM #** | UNSECURED <br> NOT FILED <br> APPROXIMATELY  0.00% TO BE PAID | 8278 |

| | | |
|---|---|---|
| BRIAN DAVID CHRIST AND KATIE LEE CHRIST | | BKS-19-50236-BTB |
| **NAME AND ADDRESS OF CREDITOR** | **AMOUNT** | **CLASSIFICATION** |
| **SUNRISE CREDIT SERVICES, INC.**<br>ATTN:MANAGING AGENT<br>P.O.BOX 9100<br>FARMINGDALE, NY 11735-9100 | $0.00<br>AT 0.00% INT | UNSECURED  2659<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID<br>TRUSTEE CLAIM# 00073 / COURT CLAIM # |
| **SYNCHRONY BANK**<br>ATTN:MANAGING AGENT<br>P.O.BOX 965004<br>ORLANDO, FL 32896 | $0.00<br>AT 0.00% INT | UNSECURED  0928<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID<br>TRUSTEE CLAIM# 00074 / COURT CLAIM # |
| **SPEEDY/RAPID CASH**<br>P.O. BOX 780408<br>WICHITA, KS 67278 | $1,708.48<br>AT 0.00% INT | UNSECURED  3291<br>APPROXIMATELY 100.00% TO BE PAID<br>TRUSTEE CLAIM# 00075 / COURT CLAIM # 1 |
| **STATE OF NEVADA**<br>DEPT. OF EMPLOYMENT ETC.<br>CONTRIBUTIONS SECTION<br>500 E. 3RD STREET<br>CARSON CITY, NV 89713 | $0.00<br>AT 0.00% INT | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID<br>TRUSTEE CLAIM# 00076 / COURT CLAIM # |
| **TAHOE SANDS TIME SHARE OWNERS ASSO.**<br>ATTN:MANAGING AGENT<br>P.O.BOX 109<br>TAHOE VISTA, CA 96148 | $0.00<br>AT 0.00% INT | COLLATERAL SURRENDER  3172<br>NOT FILED<br>TRUSTEE CLAIM# 00077 / COURT CLAIM # |
| **TARGET**<br>ATTN:MANAGING AGENT<br>P.O.BOX 9475<br>Minneapolis, MN 55440 | $0.00<br>AT 0.00% INT | UNSECURED  2858<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID<br>TRUSTEE CLAIM# 00078 / COURT CLAIM # |
| **THE HOME DEPOT**<br>ATTN: MANAGING AGENT<br>POB 79038<br>SAINT LOUIS, MO 63179-0328 | $0.00<br>AT 0.00% INT | UNSECURED  7963<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID<br>TRUSTEE CLAIM# 00081 / COURT CLAIM # |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>US BANK NATIONAL ASSOCIATION (REI)<br>PO BOX 12914<br>NORFOLK, VA 23541 | $5,310.47<br>AT 0.00% INT | UNSECURED  9625<br>APPROXIMATELY 100.00% TO BE PAID<br>TRUSTEE CLAIM# 00084 / COURT CLAIM # 19 |
| **US BANK**<br>ATTN:MANAGING AGENT<br>P.O.BOX 5227<br>CINCINNATI, OH 45201 | $0.00<br>AT 0.00% INT | UNSECURED  2627<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID<br>TRUSTEE CLAIM# 00085 / COURT CLAIM # |
| **US TRUSTEE**<br>300 S. LAS VEGAS BLVD.<br>STE. 4500<br>LAS VEGAS, NV 89101 | $0.00<br>AT 0.00% INT | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID<br>TRUSTEE CLAIM# 00086 / COURT CLAIM # |

| BRIAN DAVID CHRIST AND KATIE LEE CHRIST | | | BKS-19-50236-BTB |
|---|---|---|---|
| **NAME AND ADDRESS OF CREDITOR** | **AMOUNT** | **CLASSIFICATION** | |
| **WELLS FARGO BANK NA** <br> PO BOX 14487 <br> DES MOINES, IA 50309 | $4,692.41 <br> AT 0.00% INT <br><br> TRUSTEE CLAIM# 00087 / COURT CLAIM # 12 | UNSECURED <br><br> APPROXIMATELY 100.00% TO BE PAID | XXXXX4888 |
| **WEST HILLS HOSPITAL** <br> ATTN:MANAGING AGENT <br> 1240 E. 9TH STREET <br> RENO, NV 89512-2964 | $0.00 <br> AT 0.00% INT <br><br> TRUSTEE CLAIM# 00090 / COURT CLAIM # | UNSECURED <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | 9789 |
| **BRIAN DAVID CHRIST** <br> 430 OLD WASHOE CIR. <br> WASHOE VALLEY, NV 89704 | $0.00 <br> AT 0.00% INT <br><br> TRUSTEE CLAIM# 00093 / COURT CLAIM # | UNSECURED BY MATRIX <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | |
| **CHRISTOPHER PATRICK BURKE** <br> 702 PLUMAS ST <br> RENO, NV 89509 | $0.00 <br> AT 0.00% INT <br><br> TRUSTEE CLAIM# 00094 / COURT CLAIM # | UNSECURED BY MATRIX <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | |
| **KATHLEEN A. LEAVITT** <br> 201 LAS VEGAS BLVD., SO. #200 <br> LAS VEGAS, NV 89101 | $0.00 <br> AT 0.00% INT <br><br> TRUSTEE CLAIM# 00095 / COURT CLAIM # | UNSECURED BY MATRIX <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | |
| **KATIE LEE CHRIST** <br> 430 OLD WASHOE CIR. <br> WASHOE VALLEY, NV 89704 | $0.00 <br> AT 0.00% INT <br><br> TRUSTEE CLAIM# 00096 / COURT CLAIM # | UNSECURED BY MATRIX <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | |
| **GREATER NEVADA CREDIT UNION** <br> 451 EAGLE STATION LANE <br> CARSON CITY, NV 89701 | $636.88 <br> AT 0.00% INT <br><br> TRUSTEE CLAIM# 00097 / COURT CLAIM # 18 | VEHICLE ARREARS <br><br> EXACTLY 100.00% TO BE PAID | 9671 |
| **ASSOCIATED ANESTHESIOLOGY** <br> ATTN:MANAGING AGENT <br> P. O. BOX 88087 <br> CHICAGO, IL 60680-1087 | $0.00 <br> AT 0.00% INT <br><br> TRUSTEE CLAIM# 00100 / COURT CLAIM # | UNSECURED <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | 5780 |
| **CANCER CARE SPECIALISTS** <br> ATTN MANAGING AGENT <br> PO BOX 844074 <br> LOS ANGELES, CA 90084-4074 | $0.00 <br> AT 0.00% INT <br><br> TRUSTEE CLAIM# 00101 / COURT CLAIM # | UNSECURED <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | 8328 |
| **CASH 1** <br> 725 E COVEY LANE <br> SUITE 170 <br> PHOENIX, AZ 85024 | $790.45 <br> AT 0.00% INT <br><br> TRUSTEE CLAIM# 00102 / COURT CLAIM # 14 | UNSECURED <br><br> APPROXIMATELY 100.00% TO BE PAID | 4206 |

| | BRIAN DAVID CHRIST AND KATIE LEE CHRIST | | | BKS-19-50236-BTB |
|---|---|---|---|---|
| | **NAME AND ADDRESS OF CREDITOR** | **AMOUNT** | **CLASSIFICATION** | |
| | **CHECK INTO CASH** <br> ATTN:MANAGING AGENT <br> 201 KEITH STREET SW. <br> SUITE 80 <br> CLEVELAND, TN  37311 | $0.00 <br> AT 0.00% INT | UNSECURED <br> NOT FILED <br> APPROXIMATELY  0.00% TO BE PAID <br> **TRUSTEE CLAIM# 00103 / COURT CLAIM #** | 4577 |
| | **PACIFIC MEDICAL, INC.** <br> ATTN:MANAGING AGENT <br> 1801 W OLYMPIC BLVD. <br> PASADENA, CA  91199-1616 | $0.00 <br> AT 0.00% INT | UNSECURED <br> NOT FILED <br> APPROXIMATELY  0.00% TO BE PAID <br> **TRUSTEE CLAIM# 00104 / COURT CLAIM #** | 3150 |
| | **REMSA/CARE FLIGHT** <br> ATTN:MANAGING AGENT <br> P.O.BOX 371863 <br> PITTSBURGH, PA  15250-7863 | $0.00 <br> AT 0.00% INT | UNSECURED <br> NOT FILED <br> APPROXIMATELY  0.00% TO BE PAID <br> **TRUSTEE CLAIM# 00105 / COURT CLAIM #** | 1619 |
| | **RENOWN HEALTH** <br> ATTN:MANAGING AGENT <br> P.O.BOX 30006 <br> RENO, NV  89520 | $0.00 <br> AT 0.00% INT | UNSECURED <br> NOT FILED <br> APPROXIMATELY  0.00% TO BE PAID <br> **TRUSTEE CLAIM# 00106 / COURT CLAIM #** | 6915 |
| | **RENOWN HEALTH** <br> ATTN:MANAGING AGENT <br> P.O.BOX 30006 <br> RENO, NV  89520 | $5,696.35 <br> AT 0.00% INT | UNSECURED <br> APPROXIMATELY  100.00% TO BE PAID <br> **TRUSTEE CLAIM# 00107 / COURT CLAIM # 10** | 4206 |
| | **TAHOE SANDS TIME SHARE OWNERS ASSO.** <br> ATTN:MANAGING AGENT <br> P.O.BOX 109 <br> TAHOE VISTA, CA  96148 | $0.00 <br> AT 0.00% INT | UNSECURED <br> NOT FILED <br> APPROXIMATELY  0.00% TO BE PAID <br> **TRUSTEE CLAIM# 00108 / COURT CLAIM #** | 3172 |
| | **WEST HILLS HOSPITAL** <br> ATTN:MANAGING AGENT <br> 1240 E. 9TH STREET <br> RENO, NV  89512-2964 | $0.00 <br> AT 0.00% INT | UNSECURED <br> NOT FILED <br> APPROXIMATELY  0.00% TO BE PAID <br> **TRUSTEE CLAIM# 00109 / COURT CLAIM #** | 0011 |
| | **GREATER NEVADA MORTGAGE** <br> PAYMENT PROCESSING CENTER <br> PO BOX 79100 <br> PHOENIX, AZ  85062-9100 | $604.70 <br> AT 0.00% INT | RESIDENCE MORTG FEES/CHRGS <br> POST PETITION <br> EXACTLY 100.00% TO BE PAID <br> **TRUSTEE CLAIM# 00116 / COURT CLAIM # DOC-7** | 5677 |
| | **UNITED STATES TREASURY** <br> SPECIAL PROCEDURES <br> P O BOX 7317 <br> PHILADELPHIA, PA  19101-7317 | $3,757.73 <br> AT 0.00% INT | IRS UNS <br> APPROXIMATELY  100.00% TO BE PAID <br> **TRUSTEE CLAIM# 00125 / COURT CLAIM # 22** | PENS |
| | **GREATER NEVADA CREDIT UNION** <br> 451 EAGLE STATION LANE <br> CARSON CITY, NV  89701 | | RESIDENCE ONGOING MORTG PMT <br> BY TRUSTEE <br> Conduit Payments by Trustee <br> **TRUSTEE CLAIM# 00126 / COURT CLAIM #** | XXXXXXXXXD TD |

| BRIAN DAVID CHRIST AND KATIE LEE CHRIST | | | BKS-19-50236-BTB |
|---|---|---|---|
| **NAME AND ADDRESS OF CREDITOR** | **AMOUNT** | **CLASSIFICATION** | |
| **GREATER NEVADA CREDIT UNION** 451 EAGLE STATION LANE CARSON CITY, NV 89701 | $499.23 AT 0.00% INT | RESIDENCE MORTGAGE GAP PAYMENT EXACTLY 100.00% TO BE PAID | 7805 |
| | **TRUSTEE CLAIM# 00127 / COURT CLAIM #** | | |
| **GREATER NEVADA MORTGAGE** PAYMENT PROCESSING CENTER PO BOX 79100 PHOENIX, AZ 85062-9100 | $191,668.12 | RESIDENCE MORTGAGE DIRECT  Paid direct by Debtor | 5677 |
| | **TRUSTEE CLAIM# 00128 / COURT CLAIM # 7** | | |
| **UNITED STATES TREASURY** SPECIAL PROCEDURES P O BOX 7317 PHILADELPHIA, PA 19101-7317 | $5,000.00 AT 0.00% INT | PLAN PROVISION/NO CLAIM FILED  EXACTLY 100.00% TO BE PAID | 2019 |
| | **TRUSTEE CLAIM# 00129 / COURT CLAIM #** | | |
| **GREATER NEVADA CREDIT UNION** 451 EAGLE STATION LANE CARSON CITY, NV 89701 | $22,214.30 | VEHICLE DIRECT  Paid direct by Debtor | 9671 |
| | **TRUSTEE CLAIM# 00130 / COURT CLAIM # 18** | | |

/s/Esther Carr
for Kathleen A. Leavitt
Chapter 13 Bankruptcy Trustee

Kathleen A. Leavitt
Chapter 13 Trustee
201 Las Vegas Blvd. South, Suite 200
Las Vegas NV, 89101
(702) 853-0700

# UNITED STATE BANKRUPTCY COURT
# DISTRICT OF NEVADA

## CERTIFICATE OF SERVICE

**IN RE:**
BRIAN DAVID CHRIST
KATIE LEE CHRIST
**Debtor (s)**

**CASE NO: 19-50236-BTB**
**Chapter 13**

I hereby certify that I am an employee of KATHLEEN A. LEAVITT, Chapter 13 Bankruptcy Trustee; that I am over the age of 18 years; and that on February 28, 2020, I provided a copy of the Notice of Filed Claims, Classification and Proposed Distribution to each of the following by:

**[X] a. United States mail, via First Class United States Mail, postage fully prepaid.**

   See EXHIBIT A for mailing matrix

**[X] b. ECF System:**

/s/ Esther Carr
Employee of
Kathleen A. Leavitt
Chapter 13 Standing Trustee

# **CERTIFICATE OF SERVICE** - EXHIBIT A - Mailing Matrix

AD ASTRA RECOVERY SERV. ATTN:MANAGING AGENT 7330 W. 33RD STREET N. WICHITA KS 67205

ALLTRAN FINANCIAL, LP ATTN:MANAGING AGENT P.O.BOX 610 SAUK RAPIDS MN 56379-0610

ALLTRAN FINANCIAL, LP P.O.BOX 722929 HOUSTON TX 77272-2929

AMCOL SYSTEMS ATTN:MANAGING AGENT P.O.BOX 1280 OAKS PA 19456-1280

AMCOL SYSTEMS ATTN:MANAGING AGENT P.O.BOX 21625 COLUMBIA SC 29221

ANTERO CAPITAL LLC PO BOX 1931 BURLINGAME CA 94011

ASSOCIATED ANESTHESIOLOGY ATTN:MANAGING AGENT P. O. BOX 88087 CHICAGO IL 60680-1087

BANK OF AMERICA ATTN MANAGING AGENT PO BOX 851001 DALLAS TX 75285-1001

BANK OF AMERICA ATTN:MANAGING AGENT P.O.BOX 26012 GREENSBORO NC 27410

BANK OF AMERICA PO BOX 982234 EL PASO TX 79998-2234

BANK OF AMERICA PO BOX 982284 EL PASO TX 79998

BANK OF AMERICA NA PO BOX 15102 WILMINGTON DE 19886-5102

BANK OF THE WEST ATTN: MANAGING AGENT PO BOX 2078 OMAHA NE 68154

BANK OF THE WEST ATTN:MANAGING AGENT 2527 CAMINO RAMON SAN RAMON CA 94583

BANK OF THE WEST PO BOX 2634 OMAHA NE 68103

BIG PICTURE LOANS ATTN:MANAGING AGENT P.O.BOX 704 WATERSMEET MI 49969

BRIAN DAVID CHRIST 430 OLD WASHOE CIR WASHOE VALLEY NV 89704

BRIAN DAVID CHRIST 430 OLD WASHOE CIR. WASHOE VALLEY NV 89704

BUSINESS & PROFESSIONAL COLLECTION SERVICE INC 816 SOUTH CENTER STREET RENO NV 89501

CANCER CARE SPECIALISTS ATTN MANAGING AGENT PO BOX 844074 LOS ANGELES CA 90084-4074

CAPITAL MGT SERVICES LP ATTN:MANAGING AGENT 698 1/2 SOUTH OGDEN STREET BUFFALO NY 14206-2317

CASH 1 725 E COVEY LANE SUITE 170 PHOENIX AZ 85024

CASH NET USA ATTN:MANAGING AGENT 200 WEST JACKSON SUITE 1400 CHICAGO IL 60606-6941

CASHCO-KESTONE ATTN:MANAGING AGENT 495-B KEYSTONE RENO NV 89503

CHECK CITY PO BOX 970028 OREM UT 84097

CHECK INTO CASH ATTN:MANAGING AGENT 201 KEITH STREET SW. SUITE 80 CLEVELAND TN 37311

CHECK INTO CASH P.O. BOX 550 CLEVELAND TN 37364-0550

CHRISTOPHER PATRICK BURKE 702 PLUMAS ST RENO NV 89509

CNU OF NEVADA, LLC ATTN:MANAGING AGENT 175 W. JACKSON BLVD. SUITE 1000 CHICAGO IL 60604

CREDIT ONE BANK ATTN: MANAGING AGENT POB 60500 CITY OF INDUSTRY CA 91716-0500

CREDIT ONE BANK ATTN:MANAGING AGENT P.O.BOX 60500 City Of Industry CA 91716

CREDIT ONE BANK ATTN:MANAGING AGENT P.O.BOX 98873 Las Vegas NV 89193

DIAMOND RESORT FS ATTN:MANAGING AGENT 10600 W. CHARLESTON BLVD. LAS VEGAS NV 89135

DISCOVER FINANCIAL ATTN:MANAGING AGENT P.O.BOX 3025 NEW ALBANY OH 43054

DOLLAR LOAN CENTER 748 S MEADOWS PKWY STE A2 RENO NV 89521

DOLLAR LOAN CENTER ATTN:MANAGING AGENT 748 SOUTH MEADOWS PARKWAY #A-2 RENO NV 89521

# **CERTIFICATE OF SERVICE** - EXHIBIT A - Mailing Matrix

FIRST PREMIER BANK ATTN: MANAGING AGENT P.O. BOX 5519 SIOUX FALLS SD 57117-5519

FIRST PREMIER BANK ATTN:MANAGING AGENT 601 S. MINNESOTA AVE Sioux Falls SD 57104

FMS INC. ATTN:MANAGING AGENT P.O.BOX 707600 TULSA OK 74170-7600

FREEDOM ROAD FINANCIAL C/O CAPITAL RECOVERY GROUP ATTN: MANAGING AGENT P.O. BOX 64090 TUCSON AZ 85728-4090

FREEDOMROAD FINANCIAL ATTN:MANAGING AGENT 10509 PROFESSIONAL CIRCLE STE 202 RENO NV 89521

FREEDOMROAD FINANCIAL C/O WAYFINDER BK LLC BIN 51571 PO BOX 51571 LOS ANGELES CA 90051-5871

GREATER NEVADA CREDIT UNION 451 EAGLE STATION LANE CARSON CITY NV 89701

GREATER NEVADA CREDIT UNION ATTN: MANAGING AGENT P.O. BOX 9013 ADDISON TX 75001

GREATER NEVADA MORTGAGE PAYMENT PROCESSING CENTER PO BOX 79100 PHOENIX AZ 85062-9100

GREEN VALLEY CASH ATTN:MANAGING AGENT P.O.BOX 615 HAYS MT 59527

HOSPITAL COLLECTION SV ATTN:MANAGING AGENT 816 S. CENTER ST. RENO NV 89501

I.R.S. ATTN: MANAGING AGENT OGDEN UT 84201

INTERNAL REVENUE SERVICE ATTN: MANAGING AGENT P.O. BOX 7346 PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE FRESNO IRS CENTER 5045 E. BUTLER AVENUE FRESNO CA 93888-0021

JAYMIE MITCHELL, ESQ,. ATTN: MANAGING AGENT 506 HUMBOLDT ST., STE. 201 RENO NV 89509

JEFFERSON CAPITAL SYSTEMS LLC PO BOX 772813 CHICAGO IL 60677-2813

JEFFERSON CAPITAL SYSTEMS LLC PO BOX 7999 SAINT CLOUD MN 56302-9617

KATHLEEN A. LEAVITT 201 LAS VEGAS BLVD., SO. #200 LAS VEGAS NV 89101

KATHLEEN A. LEAVITT CHAPTER 13 TRUSTEE 201 LAS VEGAS BLVD. SOUTH #200 LAS VEGAS NV 89101

KATIE LEE CHRIST 430 OLD WASHOE CIR. WASHOE VALLEY NV 89704

LVNV FUNDING ATTN: MANAGING AGENT P.O. BOX 1269 GREENVILLE SC 29602

LVNV FUNDING P.O BOX 10497 GREENVILLE SC 29603

LVNV FUNDING LLC RESURGENT CAPITAL SERVICES P O BOX 10587 GREENVILLE SC 29603

LVNV FUNDING, LLC RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE SC 29603-0587

MCM ATTN:MANAGING AGENT 8875 AERO SUITE 200 SAN DIEGO CA 92123

MIDLAND CREDIT MANAGEMENT INC AS AGENT FOR MIDLAND FUNDING LLC PO BOX 2011 WARREN MI 48090

MONEY TREE ATTN:MANAGING AGENT 555 S. VIRGINIA ST. RENO NV 89501

MONEY TREE ATTN:MANAGING AGENT P.O.BOX 58363 Seattle WA 98138

NATIONAL BUSINESS FACTORS,INC. ATTN:MANAGING AGENT 969 MICA DRIVE CARSON CITY NV 89705

NEVADA ADVANCED PAIN SPECIALISTS ATTN:MANAGING AGENT SUITE 101 9460 DOUBLE R BLVD. RENO NV 89521-4814

NEVADA DEPT. OF TAXATION BANKRUPTCY DIVISION 555 E. WASHINGTON, #1300 LAS VEGAS NV 89101

NEVADA LABOR COMMISSION ATTN: MANAGING AGENT 1818 COLLEGE PKWY STE 102 CARSON CITY NV 89706

# **CERTIFICATE OF SERVICE** - EXHIBIT A - Mailing Matrix

NORTHERN NEV. EMERGENCY PHYSICIANS ATTN: MANAGING AGENT P.O. BOX 96408 OKLAHOMA CITY OK 73143

NORTHERN NEVADA EMERGENCY PHYS. ATTN:MANAGING AGENT P.O.BOX 95728 OKLAHOMA CITY OK 73143-5728

PACFIC MEDICAL, INC. ATTN:MANAGING AGENT P.O.BOX 149 TRACY CA 95378

PACIFIC MEDICAL, INC. ATTN:MANAGING AGENT 1801 W OLYMPIC BLVD. PASADENA CA 91199-1616

PLM LENDER SERVICES, INC ATTN:MANAGING AGENT 46 N SECOND STREET CAMPBELL CA 95008

PORTFOLIO RECOVERY ATTN:MANAGING AGENT P.O.BOX 12914 Norfolk VA 23541-0914

PORTFOLIO RECOVERY ASSOCIATES ATTN: MANAGING AGENT 120 CORPORATE BLVD. NORFOLK VA 23502

PORTFOLIO RECOVERY ASSOCIATES ATTN: MANAGING AGENT P.O. BOX 41067 NORFOLK VA 23541

PORTFOLIO RECOVERY ASSOCIATES LLC BARCLAYS BANK DELAWARE (DIAMOND RESORTS INT) PO BOX 12914 NORFOLK VA 23541

PORTFOLIO RECOVERY ASSOCIATES LLC CITIBANK NA (THE HOME DEPOT CONSUMER) PO BOX 12914 NORFOLK VA 23541

PORTFOLIO RECOVERY ASSOCIATES LLC US BANK NATIONAL ASSOCIATION (REI) PO BOX 12914 NORFOLK VA 23541

PRA RECEIVABLES MANAGEMENT, LLC PO BOX 41021 NORFOLK VA 23541

RAPID CASH ATTN:MANAGING AGENT P.O.BOX 101928 BIRMINGHAM AL 35210

RAPID CASH ATTN:MANAGING AGENT P.O.BOX 780408 WICHITA KS 67278-0408

REMSA/CARE FLIGHT ATTN:MANAGING AGENT P.O.BOX 371863 PITTSBURGH PA 15250-7863

RENOWN HEALTH ATTN: MANAGING AGENT P.O. BOX 844134 LOS ANGELES CA 90084-4134

RENOWN HEALTH ATTN:MANAGING AGENT P.O.BOX 30006 RENO NV 89520

SAMS CLUB ATTN: MANAGING AGENT POB 530942 ATLANTA GA 30353-0942

SPEEDY/RAPID CASH P.O. BOX 780408 WICHITA KS 67278

STATE OF NEVADA DEPT. OF EMPLOYMENT ETC. CONTRIBUTIONS SECTION 500 E. 3RD STREET CARSON CITY NV 89713

SUNRISE CREDIT SERVICES, INC. ATTN:MANAGING AGENT P.O.BOX 9100 FARMINGDALE NY 11735-9100

SYNCHRONY BANK ATTN:MANAGING AGENT P.O.BOX 965004 ORLANDO FL 32896

SYNCHRONY BANK C/O PRA RECEIVABLES MANAGEMENT LLC PO BOX 41021 NORFOLK VA 23541

TAHOE SANDS TIME SHARE OWNERS ASSO. ATTN:MANAGING AGENT P.O.BOX 109 TAHOE VISTA CA 96148

TARGET ATTN:MANAGING AGENT P.O.BOX 9475 Minneapolis MN 55440

TARGET NATIONAL BANK ATTN: MANAGING AGENT 3901 WEST 53RD STREET SIOUX FALLS SD 57106-4216

TARGET NATIONAL BANK ATTN: MANAGING AGENT POB 1581 MINNEAPOLIS MN 55440-1581

THE HOME DEPOT ATTN: MANAGING AGENT POB 79038 SAINT LOUIS MO 63179-0328

U.S. BANK ATTN: MANAGING AGENT P.O. BOX 108 SAINT LOUIS MO 63166-9801

U.S. BANK ATTN: MANAGING AGENT P.O. BOX 5229 CINCINNATI OH 45201-5229

UNITED STATES BANKRUPTCY COURT 300 BOOTH STREET RENO NV 89509

UNITED STATES TREASURY SPECIAL PROCEDURES P O BOX 7317 PHILADELPHIA PA 19101-7317

US BANK ATTN:MANAGING AGENT P.O.BOX 5227 CINCINNATI OH 45201

US TRUSTEE 300 S. LAS VEGAS BLVD. STE. 4500 LAS VEGAS NV 89101

## **CERTIFICATE OF SERVICE** - EXHIBIT A - Mailing Matrix

WELLS FARGO BANK ATTN: MANAGING AGENT P.O. BOX 10438 MAC F8235-02F DES MOINES IA 50306-0438

WELLS FARGO BANK NA PO BOX 14487 DES MOINES IA 50309

WELLS FARGO CARD SERVICES ATTN: MANAGING AGENT P.O. BOX 5071 PORTLAND OR 97208-5071

WEST HILLS HOSPITAL ATTN:MANAGING AGENT 1240 E. 9TH STREET RENO NV 89512-2964

WRIGHT, FINLAY & ZAK LLP ATTN: MANAGING AGENT 7785 W. SAHARA AVE., STE. 200 LAS VEGAS NV 89117

WRIGHT, FINLAY & ZAK, LLP ATTN:MANAGING AGENT 4665 MACARTHUR COURT, SUITE 280 NEWPORT BEACH CA 92660