*[Signature: Bruce T Beesley]*

Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
September 16, 2020

---

CHRISTOPHER P. BURKE, ESQ.
702 Plumas Street
Reno, Nevada 89509
(775) 333-9277
Nevada Bar No.: 4093
*attycburke@charter.net*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
\* \* \*

| | |
|---|---|
| In re: | CASE NO.: BK-19-50236-BTB |
| | CHAPTER 13 |
| BRIAN DAVID CHRIST | |
| KATIE LEE CHRIST | |
| | Hearing Date: 9/01/20 |
| Debtor(s). | Hearing Time: 2:00 p.m. |

**ORDER GRANTING APPLICATION FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**

THIS MATTER, having come regularly before the Court on the Application for Compensation and Reimbursement of Expenses filed by Christopher P. Burke, Esq., counsel for Brian David Christ and Katie Lee Christ ("the Christs"), and Christopher P. Burke, Esq., counsel for Debtor, appearing, and Chapter 13 Trustee Kathleen Leavitt appearing through Sarah E. Smith, Esq., and there being no appearance made by a creditor and no opposition filed, and the Court having read the pleadings and good cause appearing therefor;

1

IT IS THEREFORE THE ORDER OF THE COURT, that the Application for Compensation and Reimbursement of Expenses filed by Burke, should be, and the same is hereby GRANTED;

IT IS ORDERED, that compensation of fees and costs of $10,783.75 are approved, minus $3,500 paid directly by the Christs, leaving a balance of $7,283.75 approved to be paid to Christopher P. Burke, Esq. through the Christs' Chapter 13 plan.

Dated this 10TH day of September 2020.

Submitted By:

/s/ Christopher P. Burke, Esq.
CHRISTOPHER P. BURKE, ESQ.
Attorney for Debtors


Approve (X)     Disapprove ( )


/s/ Sarah E. Smith, Esq.
SARAH E. SMITH, ESQ.
Attorney for Chapter 13 Trustee
Kathleen Leavitt

2

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

\* \* \*

ALTERNATIVE METHOD            Re: RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

\_\_\_\_\_    The court waived the requirements of approval under LR 9021 (b)(1).

\_\_\_\_\_    No parties appeared or filed written objections, and there is no trustee appointed in this case.

\_\_X\_\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond as indicated below:

On September 10, 2020, emailed to Sarah E. Smith, Esq. at sarah@las13.com.

\_\_\_\_\_    No opposition was filed to the motion and no counsel appeared at the hearing.

# # #

3