KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
711 S 4th Street
Suite 101
Las Vegas, NV  89101
kal13mail@las13.com

UNITED STATES BANKRUPTCY COURT
NEVADA DIVISION

IN RE:

BRIAN DAVID CHRIST
KATIE LEE CHRIST

**Debtor (s)**

CASE NO: BKS-19-50236-BTB

NOTICE OF DEFAULT IN CHAPTER 13 PLAN PAYMENTS AND DEMAND FOR CURE

**TO THE DEBTOR(S) AND HIS OR HER ATTORNEY:**

**YOU ARE DELINQUENT IN YOUR CHAPTER 13 PLAN PAYMENTS AND YOUR CASE MAY BE DISMISSED, UNLESS YOU TAKE ACTION BY April 17, 2021.**

YOU ARE HEREBY NOTIFIED that the Chapter 13 Trustee's records show that you have not made all of the payments required by your Confirmed Plan.

YOU ARE IN DEFAULT UNDER YOUR CHAPTER 13 PLAN.  As of March 16, 2021, payments are delinquent in the amount of $2500.00.  A list of payments received is attached as "Exhibit A".  Any tax refunds or proceeds from insurance or sales do not appear on the Exhibit.

**YOUR PLAN INCLUDES CONDUIT MORTGAGE OR VEHICLE PAYMENTS TO A SECURED CREDITOR.  BECAUSE YOU HAVE NOT MADE ALL PLAN PAYMENTS THE TRUSTEE CANNOT MAKE THE ONGOING MORTGAGE OR VEHICLE PAYMENTS AS REQUIRED BY THE CHAPTER 13 PLAN.**

IN ORDER TO CONTINUE TO RECEIVE THE PROTECTION OF THE U.S. BANKRUPTCY COURT:

**YOU MUST, by April 17, 2021, do one of the following:**

**1)   YOU MUST,** by April 17, 2021, bring the case current by paying,  to the Chapter 13 Trustee, the amount of $3500.00  (This amount represents your delinquency plus your next plan payment due after March 16, 2021);

OR

2) **YOU MUST**, by April 17, 2021, file a Modified Chapter 13 Plan. Such modified Plan must propose terms under which you would not be in default and which will provide for Plan completion within 60 months of the original date you filed your Chapter 13 petition;

**IF YOU DO NOT COMPLY BY April 17, 2021, YOUR CASE MAY BE DISMISSED.**

**THIS NOTICE ADDRESSES PLAN PAYMENT DEFAULT ONLY AND DOES NOT ADDRESS OTHER PROBLEMS THAT MAY EXIST IN YOUR CASE. PLEASE CONTACT YOUR ATTORNEY IMMEDIATELY.**

Dated: March 18, 2021

/s/ Kathleen A. Leavitt
Kathleen A. Leavitt
Chapter 13 Trustee

**Exhibit A to Notice of Default**  **CASE NO.: 19-50236-BTB**
**BRIAN DAVID CHRIST AND KATIE LEE CHRIST**

| Date Posted | Source Number | Description | Amount of Receipt |
|---|---|---|---:|
| Apr 15, 2019 | 5782070000 | ePay Receipt | 400.00 |
| Apr 23, 2019 | 5801690000 | ePay Receipt | 400.00 |
| May 13, 2019 | 5856365000 | ePay Receipt | 400.00 |
| Jun 03, 2019 | 5895372000 | ePay Receipt | 400.00 |
| Jun 11, 2019 | 5932069000 | ePay Receipt | 400.00 |
| Jun 24, 2019 | 5958651000 | ePay Receipt | 400.00 |
| Jul 10, 2019 | 6006766000 | ePay Receipt | 400.00 |
| Jul 23, 2019 | 6035072000 | ePay Receipt | 400.00 |
| Aug 19, 2019 | 6104722000 | ePay Receipt | 400.00 |
| Sep 16, 2019 | 6177118000 | ePay Receipt | 400.00 |
| Sep 30, 2019 | 6210010000 | ePay Receipt | 400.00 |
| Oct 15, 2019 | 6251230000 | ePay Receipt | 400.00 |
| Nov 04, 2019 | 6297344000 | ePay Receipt | 800.00 |
| Nov 12, 2019 | 6321849000 | ePay Receipt | 400.00 |
| Nov 26, 2019 | 6355523000 | ePay Receipt | 400.00 |
| Dec 31, 2019 | 6432812000 | ePay Receipt | 800.00 |
| Jan 13, 2020 | 6475999000 | ePay Receipt | 400.00 |
| Jan 21, 2020 | 6497686000 | ePay Receipt | 400.00 |
| Mar 02, 2020 | 6602478000 | ePay Receipt | 1,000.00 |
| Mar 30, 2020 | 6669686000 | ePay Receipt | 1,000.00 |
| Apr 27, 2020 | 6740786000 | ePay Receipt | 500.00 |
| Apr 30, 2020 | 6749869000 | ePay Receipt | 500.00 |
| May 11, 2020 | 6782023000 | ePay Receipt | 500.00 |
| May 26, 2020 | 6810919000 | ePay Receipt | 500.00 |
| Jun 24, 2020 | 6887137000 | ePay Receipt | 500.00 |
| Jul 08, 2020 | 6927687000 | ePay Receipt | 500.00 |
| Jul 20, 2020 | 6949653000 | ePay Receipt | 500.00 |
| Aug 03, 2020 | 6979396000 | ePay Receipt | 500.00 |
| Aug 19, 2020 | 7022724000 | ePay Receipt | 500.00 |
| Aug 31, 2020 | 7048128000 | ePay Receipt | 500.00 |
| Sep 28, 2020 | 7113981000 | ePay Receipt | 500.00 |
| Sep 30, 2020 | 7121738000 | ePay Receipt | 500.00 |
| Oct 26, 2020 | 7181072000 | ePay Receipt | 750.00 |
| Oct 28, 2020 | 7188923000 | ePay Receipt | 250.00 |
| Dec 01, 2020 | 7270568000 | ePay Receipt | 1,000.00 |
| Dec 21, 2020 | 7320390000 | ePay Receipt | 500.00 |
| Dec 23, 2020 | 7326239000 | ePay Receipt | 5,000.00 |
| Jan 05, 2021 | 7358206000 | ePay Receipt | 500.00 |
| Mar 01, 2021 | 7484950000 | ePay Receipt | 500.00 |
| | | **Gross Debtor Receipts:** | **$24,500.00** |

KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
711 S 4Th Street
Suite 101
Las Vegas, NV  89101

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

IN RE:

BRIAN DAVID CHRIST
KATIE LEE CHRIST

Debtor (s)

CASE NO: BKS-19-50236-BTB
Chapter 13

## CERTIFICATE OF SERVICE

1. On March 18, 2021 I served the following document(s):

**NOTICE OF DEFAULT IN CHAPTER 13 PLAN PAYMENTS AND DEMAND FOR CURE**

2. I served the above- named document(s) by the following means to the persons as listed below:

**United States Mail, postage fully prepaid**

| | |
|---|---|
| BRIAN DAVID CHRIST | CHRISTOPHER PATRICK |
| KATIE LEE CHRIST | BURKE |
| 430 OLD WASHOE CIR | 702 PLUMAS ST |
| WASHOE VALLEY, NV  89704 | RENO, NV  89509 |

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: 3/18/21

/s/ Esther Carr
Employee of
Kathleen A. Leavitt
Chapter 13 Standing Trustee